United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGERY K. LEVIT,<br><br>  Plaintiff,<br><br>  v.<br><br>SOCIAL SECURITY ADMINISTRATION,<br><br>  Defendant. | Case No. 14-cv-05117-JD<br><br>**ORDER VACATING HEARING** |

The hearing set for January 14, 2015, at 9:30 a.m. is vacated. Pursuant to Civil Local RUle 7-1(b), the Court will decide the motion to dismiss at Dkt. No. 6 without oral argument.

**IT IS SO ORDERED**.

Dated: January 12, 2015

_____
JAMES DONATO
United States District Judge