1

2

3

4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7     MARGERY K. LEVIT,                            Case No.  14-cv-05117-JD
                    Plaintiff,
8
            v.                                     **ORDER TO SHOW CAUSE**
9
      SOCIAL SECURITY ADMINISTRATION,              Re: Dkt. No. 6
10
                    Defendant.
11

12

13          Pro se plaintiff Margery K. Levit filed a complaint against Defendant Social Security

14   Administration ("SSA") in Sonoma County Superior Court on August 19, 2014.  Dkt. No. 1, Ex.

15   A.  On November 19, 2014, SSA removed the case to this Court, Dkt. No. 1, and on November 26,

16   2014, SSA filed a Motion to Dismiss the Complaint.  *See* Dkt. No. 6.  Under Civil Local Rule 7-3,

17   Levit's response to SSA's motion was due on December 10, 2014.  Levit did not file a response to

18   SSA's motion.

19          Levit is ordered to show cause why SSA's Motion to Dismiss should not be granted.

20   Levit's response is due by April 13, 2015.  Failure to respond to the SSA's Motion to Dismiss may

21   result in the motion being granted, and the action being dismissed for failure to prosecute.

22          **IT IS SO ORDERED.**

23   Dated:  March 30, 2015

24

25                                                 _____

26                                                 JAMES DONATO
                                                   United States District Judge
27

28

United States District Court
Northern District of California